UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC AUREL CAYO,<br><br>                                  Petitioner,<br><br>v.<br><br>JEREMY CASEY, Senior Warden, Imperial Regional Detention Center, et al.,<br><br>                                  Respondents. | Case No.: 26-CV-1230 JLS (DDL)<br><br>**ORDER DISMISSING PETITION AS MOOT**<br><br>(ECF No. 4) |

      Presently before the Court is Petitioner Marc Aurel Cayo's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  On March 6, 2026, the Parties notified the Court that they reached a nonjudicial resolution of this matter, and the Petitioner was released from custody.  ECF No. 4 at 1.  Therefore, the Petition (ECF No. 1) is **DISMISSED AS MOOT**.  The Clerk of Court **SHALL** close the file.

      **IT IS SO ORDERED.**

Dated: March 12, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge